AO 93 (Rev. 5/85) Search Warrant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In the Matter of the Search of
(Name, address or brief description of person or premises to be searched)

One Cellular Telephone Seized from
Rashee Lamont Hunter On
January 15, 2005.

**SEARCH WARRANT**
Misc. No. 05- 52M

TO: __Det. Jeff Silvers, Wilmington Police Department,__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Det. Jeff Silvers__ who has reason to believe that __ on the person of or _X_ on the property known as(name, description and/or location)

One Cellular Telephone Seized from Rashee Lamont Hunter on January 15, 2005, by members of the Wilmington Police Department, and deposited into the custody of officials of the Howard R. Young Correctional Institute, Wilmington,

in the District of _____Delaware_____ there is now
concealed a certain person or property, namely (describe the person or property)

    See Attachment A of the Attached Affidavit

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _March 26, 2005_____
                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 a.m. to 10:00 p.m.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _U.S. Magistrate Judge Mary Pat Thynge_ as required by law.
                                                                                         U.S. Judge or Magistrate

SPECIAL CONDITION: THE CONDITION IN THE REQUESTING PARAGRAPH OF THE AFFIDAVIT OF JEFF SILVERS (THE UNDERLINED TEXT IN THE SECOND TO LAST PARAGRAPH) MUST BE SATISFIED BEFORE YOU MAY SEARCH PURSUANT TO THIS WARRANT.

_March 16, 2005_____        at _Wilmington, Delaware_____
Date                                   City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware
Name and Title of Judicial Officer        Signature of Judicial Officer

## ATTACHMENT A

### *ITEMS TO BE SEIZED*

All information and data stored in the cellular telephone described in Attachment A, or which can be retrieved therefrom, including, but not limited to, retrieved and un-retrieved voice mail and text messages, numerical data relating to dialed and/or received calls, and the electronic phone book, including names, nicknames, telephone numbers, and/or e-mail addresses.

**Boost**
(time and date)
**Cuzzo Da Hustler**

**Contacts**

| | | |
|---|---|---|
| Aunt G | 183*612*14220 | |
| B | 6108769240  Speed #43 | |
| Black | 183*611*6508 | |
| Blow | 183*612*840 | |
| Boost | 18882667848  Speed #250 | |
| Bret | 183*614*13073 | |
| Buzz | 183*610*2131 | |
| C | 183*609*8044 | |
| Carie | 183*610*16316 | |
| Cat | 3026680938  Speed #14 | 183*613*10932 |
| Cocky | 6108003515  Speed #7 | |
| Cousin E | 168*122*6328 | |
| Dro | 183*614*4 | |
| E | 183*610*8854 | |
| Faatimah | 6108009811  Speed #35 | |
| Fox | 168*35*2680 | |
| G | 183*611*13577 | |
| Gmom | 6104479120  Speed #12 | |
| Hak | 183*610*965 | |
| John | 183*610*15374 | |
| Jonte' | 611*11  Speed #16 | 183*611*11 |
| Juice | 183*609*6651 | |
| M | 168*100*5100 | |
| Mack | 183*609*9626 | |
| Memo | 183*612*6042 | |
| Mike | 183*612*8289 | |
| Mir | 183*610*5984 | |
| Mom | 6109092765  Speed #15 | |
| N | 6108746985  Speed #21 | |
| Nae | 183*612*14126 | |
| Pun | 168*260244*2 | |
| R | 183*614*2735 | |
| Rock | 6108426214  Speed #36 | 168*69*32024 |
| Rome | 183*611*14102 | |
| Roo | 168*35*19209 | |
| Roz | 183*611*4208 | |
| T | 168*46*3651 | |
| Teef | 183*613*5687 | |
| Tiara | 6106378985  Speed #45 | 168*69*6151 |

| | | |
|---|---|---|
| Tr | 13025218706  Speed #26 | |
| Tracey | 2156696884  Speed #18 | 168*71*6486 |
| Tyson | 183*610*15586 | |
| Tyson | 183*610*9399 | |
| Vess | 183*611*5494 | |
| W | 183*610*15337 | |
| Willy | 168*21*14845 | |
| $ | 183*613*8514 | |

## Message Center

| | |
|---|---|
| Voice Mail | 4/4 |
| Net Alert | 0 |
| SMS | 0/1 |

## Voice Record

(New Voice Rec)
1) 2:00a   1/15

## My Information

Name:  Cuzzo$
Line 1: 4842263668
Direct Connect:  183*614*7297
Group ID:  Not Available
Carrier IP:  11.158.35.15
IP Address – 1:  0.0.0.0.
IP Address – 2:  0.0.0.0.
Circuit Data:  00000000000000
                        000000

| **Recent Calls** | **Call Details** | | |
|---|---|---|---|
| Roz | 183*611*4208 | 11:11pm 1/15 | 0:07 |
| Tyson | 183*610*15586 | 10:51pm 1/15 | 0:04 |
| Fox | 168*35*2680 | 10:33pm 1/15 | 0:08 |
| Jonte | 183*611*11 | 10:23pm 1/15 | 0:25 |
| Carie | 183*610*16316 | 10:19pm 1/15 | 0:00 |
| Nae | 183*612*14126 | 10:06pm 1/15 | 0:08 |
| Tracey (outgoing) | 2156696884 | 8:21pm  1/15 | 0:16 |
| R | 183*614*2735 | 6:10pm  1/15 | 0:42 |

| | | | | |
|---|---|---|---|---|
| Rock | 168*69*32024 | 4:33pm | 1/15 | 0:08 |
| Buzz | 183*610*2131 | 4:12pm | 1/15 | 1:41 |
| Bret | 183*614*13073 | 12:22pm | 1/15 | 0:00 |
| Pun | 168*260244*2 | 11:31am | 1/15 | 0:55 |
| Blow | 183*612*840 | 2:09am | 1/15 | 0:21 |
| G | 183*611*13577 | 11:16pm | 1/14 | 0:00 |
| E | 183*610*8854 | 10:24pm | 1/14 | 0:16 |
| Dro | 183*614*4 | 9:46pm | 1/14 | 0:10 |
| Tyson | 183*610*9399 | 9:30pm | 1/14 | 0:00 |
| 6104479222(outgoing) | Name Unknown | 6:39pm | 1/14 | 0:05 |
| 6108765930(incoming) | Name Unkown | 4:21pm | 1/14 | 0:49 |
| Mack | 183*609*9626 | 1:17am | 1/14 | 0:10 |

**Total Phone Timer**

174:43